## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## <u>RICHMOND DIVISION</u>

| | |
|---|---|
| CHRISTOPHER J. GERKEN, DENNIS KEMP, TRAVIS KNIGHT and ANGELIQUE PERKINS, individually and on behalf of all others similarly situated, </br></br>Plaintiffs,</br></br>v.</br></br>MANTECH INTERNATIONAL CORPORATION, BOARD OF DIRECTORS OF MANTECH INTERNATIONAL CORPORATION, THE RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30.</br></br>Defendants. | **CIVIL ACTION NO.**: 3:20cv350</br></br>**CLASS ACTION COMPLAINT** |

## <u>RULE 41 NOTICE OF DISMISSAL</u>

1

Plaintiffs Christopher J. Gerken, Dennis Kemp, Travis Knight and Angelique Perkins, hereby file this Notice of Dismissal of the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  July 2, 2020                                    Respectfully submitted,

/s/ *Charles L. Williams*
Charles L. Williams (VSB No. 23587)
WILLIAMS & SKILLING PC
7401 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia   23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com

Mark K. Gyandoh, Esquire
PA Attorney ID #88587
(*Admitted Pro Hac Vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
(610) 890-0200
Fax (717) 233-4103

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
(*Admitted Pro Hac Vice*)
PA Attorney ID #82498
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
(717) 233-4101
Fax (717) 233-4103


Counsel for Plaintiffs and the Putative Class